# UNITED STATES DISTRICT COURT
## For the District of Kansas

**FILED**
APR 13 2015

Clerk, U.S. District Court
By:_____ Deputy Clerk

UNITED STATES OF AMERICA

v.

ALEXANDER E. BLAIR

**WARRANT FOR ARREST**

CASE NUMBER: 15-mj-5040-KGS

To:   The Federal Bureau of Investigation (FBI), and any Authorized United States Officer:

YOU ARE HEREBY COMMANDED to arrest

**ALEXANDER E. BLAIR**
_____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  **X Complaint**  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with Misprision of Felony, in violation of Title 18, United States Code, Section 4.

2015 APR 10 PM 3:19
TOPEKA, KS
UNITED STATES MARSHAL RECEIVED

DANIEL D. CRABTREE
Name of Issuing Officer

United States District Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

10 April 2015   3:55 p.m.
Date and Location

Megan Garrett
(By) Deputy Clerk

Bail fixed at $ __Detain__   by _[signature]_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  Meriden, KS |

| DATE RECEIVED 4/10/15 | NAME AND TITLE OF ARRESTING OFFICER TFO Gary Smith FBI | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 4/10/15 | | |