✎AO 442    (Rev. 08/07)  Warrant for Arrest

*Sealed*  **FILED** 

# UNITED STATES DISTRICT COURT

_____ District of _____ Kansas _____

MAY 06 2015

Clerk, U.S. District Court

By:_____ Deputy Clerk

UNITED STATES OF AMERICA

V.

ALEXANDER E. BLAIR

**WARRANT FOR ARREST**

Case Number:  15-40031-DDC

To: The United States Marshal
    and any Authorized United States Officer

2015 APR 23  AM 9: 36   TOPEKA, KS   UNITED STATES MARSHAL RECEIVED

YOU ARE HEREBY COMMANDED to arrest _____ ALEXANDER E. BLAIR _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

❏ Indictment    ☑ Information    ❏ Complaint    ❏ Order of court

❏ Pretrial Release    ❏ Probation    ❏ Supervised Release    ❏ Violation Notice
   Violation Petition       Violation Petition       Violation

charging him or her with   (brief description of offense)

Ct 1 - 18 USC 2, 371 - Conspiracy, knowingly and willfully combined, conspired, confederated and agreed with another to
commit offenses against the United States.
Defendant will self-surrender with counsel Christopher Joseph at Rule 5 hrg; May 5, 2015 at 2:00pm Mag. Sebelius

☑ in violation of Title  18 _____  United States Code, Section(s)  2, 371 _____

❏ in violation of the conditions of his or her pretrial release imposed by the court.

❏ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY M. O'BRIEN
_____
Name of Issuing Officer

Clerk of Court
_____
Title of Issuing Officer

_____ *Deputy Clerk*
Signature of Issuing Officer

April 23, 2015     at Topeka, Kansas
Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |
| TOPEKA, KS |

| DATE RECEIVED 04/23/15 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05/05/15 | ANDREW DUSIN | |