PS42 (7/93)
D/KS (06/15)

1433391

# United States District Court
## District of Kansas

| United States of America | ) |
| vs. | ) |
| Alexander E Blair | ) Case No. 1083 5:15CR40031-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Alexander E Blair, have discussed with Marlin T. Carlson, Pretrial Services Officer, the modifications of my release conditions as follows:

1. The defendant must abide by the following restrictions on personal association, residence, or travel: No travel outside the State of Kansas. Defendant is also permitted to travel within the Kansas City, Missouri metropolitan area including Jackson, Clay and Platte counties.

I consent to this modification of my release conditions and agree to abide by this modification.

_Alexander Blair_ 7/9/15     _Marlin T. Carlson_ 07/08/2015
Signature of Defendant / Date     Pretrial Services/Probation Officer / Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_ 7-8-15
Signature of Defense Counsel / Date

_[signature]_ 7-13-15
Signature of U.S. Attorney / Date

[x] The above modification of conditions of release is ordered, to be effective on 07/16/2015.
[ ] The above modification of conditions of release is *not* ordered.

s/ Daniel D. Crabtree     07/16/2015
Signature of Judicial Officer / Date